No. 81–6468.  SCOTT *v.* COWLEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–6470.  SCOTT *v.* ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 81–6474.  ANTONE *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 81–6475.  THOMAS *v.* ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 81–6478.  POSEY *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 81–6481.  BODETTE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 81–6482.  CHANEY *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 81–6485.  JOHNSON *v.* MILLIKEN, GOVERNOR OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–6486.  JACKSON *v.* ROSE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–6488.  JACKSON *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.  Ct. App. D. C.  Certiorari denied.

No. 81–6495.  THOMPSON *v.* MORROW ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 81–6496.  CLARK *v.* WILMOT.  C. A. 2d Cir.  Certiorari denied.